| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | STROOCK & STROOCK & LAVAN LLP<br>JULIA B. STRICKLAND (State Bar No. 083013)<br>STEPHEN J. NEWMAN (State Bar No. 181570)<br>JULIETA STEPANYAN (State Bar No. 280691)<br>2029 Century Park East<br>Los Angeles, CA 90067-3086<br>Telephone: 310-556-5800<br>Facsimile:  310-556-5959<br>Email:   lacalendar@stroock.com |
| 6<br>7 | Attorneys for Defendant<br>   Chase Bank USA, N.A., erroneously sued as<br>   JPMorgan Chase Bank |
| 8<br>9<br>10<br>11 | SAGARIA LAW, P.C.<br>Scott J. Sagaria (SBN 217981)<br>Elliot W. Gale (SBN 263326)<br>Joe Angelo (SBN 268542)<br>2033 Gateway Place, 5th Floor<br>San Jose, CA 95110<br>Telephone:   408-279-2288<br>Facsimile:    408-279-2299 |
| 12<br>13 | Attorneys for Plaintiff<br>   George Van Buskirk |

IT IS SO ORDERED
[signature]
Judge Edward J. Davila

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| GEORGE VAN BUSKIRK,<br><br>           Plaintiff,<br><br>    vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX, INC.; TRANSUNION, LLC; ASSET LIQUIDATION GROUP INCORPORATED; JPMORGAN CHASE BANK; COMMONWEALTH CENTRAL CREDIT UNION; CREDIT FIRST, NATIONAL ASSOCIATION; DISCOVER FINANCIAL SERVICES, LLC; PROVIDENT CREDIT UNION; ASSET ACCEPTANCE, LLC; DISCOVER BANK and DOES 1,<br><br>           Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 5:16-cv-00560-EJD<br><br>ORDER GRANTING<br>**STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT JPMORGAN CHASE BANK WITH PREJUDICE** |

STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE

LA 51984569

**TO THE COURT, CLERK OF COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the terms of the settlement agreement and Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the parties respectfully request that the above captioned matter be dismissed WITH PREJUDICE as to Chase Bank USA, N.A., erroneously sued as JPMorgan Chase Bank, only. Each party shall bear its own attorneys' fees and costs.

Dated: May 6, 2016

SAGARIA LAW, P.C.
SCOTT J. SAGARIA
ELLIOT W. GALE
JOE ANGELO

By: /s/ Elliot Gale
   Elliot Gale

Attorneys for Plaintiff
   George Van Buskirk

Dated: June 3, 2016

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
STEPHEN J. NEWMAN
JULIETA STEPANYAN

By: /s/ Stephen J. Newman
   Stephen J. Newman

Attorneys for Defendant
   Chase Bank USA, N.A., erroneously sued
   as JPMorgan Chase Bank

- 1 -
STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE

LA 51984569

# CERTIFICATE OF SERVICE

I hereby certify that, on June 3, 2016, a copy of the foregoing **STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT JPMORGAN CHASE BANK WITH PREJUDICE** was filed electronically and served by U.S. Mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by facsimile to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System.

*/s/ Stephen J. Newman*
Stephen J. Newman