UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GEORGE VAN BUSKIRK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ASSET LIQUIDATION GROUP INCORPORATED, et al.,<br><br>　　　　　Defendants. | Case No.  5:16-cv-00560-EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

In order to allow the parties additional time to finalize a settlement agreement and file a dismissal of Asset Acceptance LLC, the Further Case Management Conference scheduled for August 4, 2016, is CONTINUED to **10:00 a.m. on September 8, 2016.** The parties shall file an updated Joint Case Management Conference Statement on or before **September 1, 2016.**

In addition, Plaintiff shall request the Clerk enter the defaults of Asset Liquidation Group Incorporated, CommonWealth Central Credit Union, Credit First, National Association, and Provident Credit Union, or shall otherwise resolve or dismiss the claims against them, on or before **August 26, 2016.**

**IT IS SO ORDERED.**

Dated:  August 1, 2016

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　United States District Judge

1
Case No.: 5:16-cv-00560-EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE