UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

GEORGE VAN BUSKIRK,

    Plaintiff,

  v.

ASSET LIQUIDATION GROUP INCORPORATED, et al.,

    Defendants.

Case No. 5:16-cv-00560-EJD

**ORDER TO SHOW CAUSE**

On August 1, 2016, the court issued an order that, inter alia, required Plaintiff to request the Clerk enter the defaults of Defendants Asset Liquidation Group Incorporated, Credit First, National Association, and Provident Credit Union, or otherwise resolve or dismiss the claims against them, on or before August 26, 2016. The deadline to take such action has expired and Plaintiff has not complied.

Accordingly, the court hereby issues an order to show cause why all claims against Asset Liquidation Group Incorporated, Credit First, National Association, and Provident Credit Union, should not be dismissed for failure to prosecute. If Plaintiff does not, by **September 9, 2016**, either (1) request the Clerk enter the defaults of these defendants or otherwise resolve or dismiss claims against them, or (2) demonstrate good cause in writing why the claims should not be dismissed, the court will dismiss them with prejudice pursuant to Federal Rule of Civil Procedure 41(b). No hearing will be held on the order to show cause unless otherwise ordered by the court.

In light of this order, the Case Management Conference scheduled for September 8, 2016, is VACATED.

**IT IS SO ORDERED.**

Dated: September 2, 2016

                                  EDWARD J. DAVILA
                                  United States District Judge